**KING & SPALDING LLP**
ERIC S. PETTIT (SBN 234657)
  *epettit@kslaw.com*
CRAIG H. BESSENGER (SBN 245787)
  *cbessenger@kslaw.com*
JEFFREY M. HAMMER (SBN 264232)
  *jhammer@caldwellhammer.com*
633 West Fifth Street, Suite 1600
Los Angeles, California 90071
Tel: (213) 443-4355
Fax: (213) 443-4310

Attorneys for Plaintiffs/Counter-Defendants CENTERLINE HOUSING PARTNERSHIP I, L.P. – SERIES 2 and RCHP SLP I L.P. – SERIES 2, and Counter-Defendant ALDEN TORCH FINANCIAL LLC

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| CENTERLINE HOUSING PARTNERSHIP I, L.P. – SERIES 2, f/k/a RELATED CAPITAL HOUSING PARTNERSHIP I, L.P. – SERIES 2, a Delaware limited partnership; and RCHP SLP I L.P. – SERIES 2, a Delaware limited partnership, <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> PALM COMMUNITIES, f/k/a PALM DESERT DEVELOPMENT COMPANY, a California corporation; and HOUSING CORPORATION OF AMERICA, a Utah non-profit corporation, <br><br> Defendants/Counterclaimants, <br><br> v. <br><br> ALDEN TORCH FINANCIAL, LLC, a Delaware limited liability company, <br><br> Counter-Defendant. | Case No. 8:21-CV-00107-JVS-JDE <br><br> **ORDER GRANTING JOINT STIPULATION TO AWARD NOMINAL DAMAGES AND TO VACATE ALL DATES** |

[PROPOSED] ORDER

Plaintiffs/Counter-Defendants Centerline Housing Partnership I, L.P. – Series 2, f/k/a Related Capital Housing Partnership I, L.P. – Series 2 and RCHP SLP I L.P. – Series 2 (collectively, the "Limited Partners"), Counter-Defendant Alden Torch Financial LLC, and Defendants/Counterclaimants Palm Communities, f/k/a Palm Desert Development Company and Housing Corporation of America, through their respective attorneys of record, filed a Joint Stipulation to Award Nominal Damages and to Vacate All Dates. After full consideration of the matter, and good cause appearing, the Court ORDERS as follows:

(i) the Limited Partners are awarded nominal damages on their claim for breach of fiduciary duty, i.e., $1.00;

(ii) The parties expressly reserve all rights, including all appellate rights upon entry of final judgment;

(iii) all Court ordered dates in this case, including the trial date, are vacated; and

(iv) Plaintiffs/Counter-Defendants shall file with the Court a proposed Judgment no later than seven days from the entry of this order.

**IT IS SO ORDERED.**

DATE: January 25, 2022

_____
The Honorable James V. Selna
United States District Judge